|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |
| 3   | SAN FRANCISCO DIVISION |

JO ANN GETTMAN, on behalf of herself and all other similarly situated, )
)
Plaintiffs, )
)
vs. )
)
FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, , )
)
Defendants. )
)

Case No. CV 11 3133 NJV

[~~PROPOSED~~] ORDER ON STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND

## [~~PROPOSED~~] ORDER ON STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, that defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the above-captioned matter is extended until August 18, 2011.

DATED: 7/15/11 _____, 2011

_____
The Honorable Nandor J. Vadas
United States ~~District Court~~ Magistrate Judge