| | |
|---|---|
| 1 | AMIR M. NASSIHI (SBN: 235936) |
| | anassihi@shb.com |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| 3 | San Francisco, California 94104 |
| | Telephone: 415-544-1900 |
| 4 | |
| | Attorneys for Defendant FORD MOTOR COMPANY |
| 5 | |
| | KEITH G. BREMER (SBN: 155920) |
| 6 | kbremer@bremerandwhyte.com |
| | ALISON K. HURLEY (SBN: 234042) |
| 7 | ahurley@bremerandwhyte.com |
| | BREMER WHYTE BROWN & O'MEARA LLP |
| 8 | 20320 S.W. Birch Street, Second Floor |
| | Newport Beach, California 92660 |
| 9 | Telephone: 949-221-1000 |
| 10 | ADAM J. LEVITT |
| | levitt@whafh.com |
| 11 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC |
| | 55 West Monroe Street, Suite 111 |
| 12 | Chicago, Illinois 60603 |
| | Telephone: 312-984-0000 |
| 13 | |
| | THOMAS C. JONES |
| 14 | DAVIS BETHUNE & JONES LLC |
| | 1100 Main Street, Suite 2930 |
| 15 | Kansas City, Missouri 64105 |
| | Telephone: 816-421-1600 |
| 16 | |
| | Attorneys for Plaintiffs Vincent Perrone, Charles Johnson, James Denning, Zane Dery, |
| 17 | Richard Douglas, Melia Douglas, Thomas Bell, and Michael Antramzarza |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN GETTMAN, on behalf of herself and all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV 11 3133 SC <br><br> **STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND** |

| | |
|---|---|
| VINCENT PERRONE, CHARLES JOHNSON, JAMES DENNING, ZANE DERY, RICHARD DOUGLAS, MELIA DOUGLAS, THOMAS BELL, AND MICHAEL ANTRAMZARZA, on behalf of themselves and all other similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, ,<br><br>      Defendants. | Case No. CV 11 3832 SC |

WHEREAS the Parties had previously stipulated to extend the time to respond to the complaint in *Gettman v. Ford Motor Co.*, CV 11 3133 SC, and *Perrone v. Ford Motor Co.*, CV 11 3832 SC, to October 10, 2011.

WHEREAS the Parties submitted declarations on September 30 and October 3, 2011, identifying no other active related cases beyond those currently related before this Court.

WHEREAS on October 3, 2011, the *Gettman/Perrone* Plaintiffs filed their Motion to Renew their previous Motion to Consolidate and Appoint Interim Class Counsel.

1    IT IS HEREBY STIPULATED by and between the Parties, pursuant to L.R. 6-1(a), that
2  defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the
3  above-captioned *Gettman* and *Perrone* matters shall be extended 14 days to October 24, 2011.

4

5  DATED: October 5, 2011                         SHOOK, HARDY & BACON, L.L.P.

6                                                By:     /s/ Amir Nassihi
                                                         AMIR NASSIHI
7
                                                 Attorneys for Defendant
8                                                FORD MOTOR COMPANY

9  DATED: October 5, 2011                         WOLF HALDENSTEIN ADLER FREEMAN
10                                                & HERZ LLC

11                                                By:     /s/Adam J. Levitt
                                                          ADAM J. LEVITT
12
                                                  and
13
                                                  KEITH G. BREMER
14                                                ALISON K. HURLEY
                                                  BREMER WHYTE BROWN &
15                                                O'MEARA LLP

16                                                THOMAS C. JONES
                                                  DAVIS BETHUNE & JONES LLC
17
                                                  Attorneys for Plaintiffs Vincent Perrone,
18                                                Charles Johnson, James Denning, Zane
                                                  Dery, Richard Douglas, Melia Douglas,
19                                                Thomas Bell, and Michael Antramzarza

20       IT IS SO ORDERED.

21

22
     DATED: __October 7_____, 2011
23
                                                  _____
24                                                The Honorable Samuel Conti
                                                  United States District Judge
25

*[Stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]*

26

27

28
                                                3
                    STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND
                                                              CV 11 3133 SC & CV 11 3832 SC

**SIGNATURE ATTESTATION**

I, Amir Nassihi, am the ECF User whose ID and password are being used to file this STIPULATED EXTENSION OF TIME TO PLEAD OF ORTHERWISE RESPOND.  In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel has concurred in this filing.

DATED:  October 5, 2011          SHOOK, HARDY & BACON, L.L.P.

　　　　　　　　　　　　　　　　　　By:    /s/ Amir Nassihi
　　　　　　　　　　　　　　　　　　　　　AMIR NASSIHI

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　FORD MOTOR COMPANY