AMIR M. NASSIHI  (SBN:  235936)
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104
Telephone:  415-544-1900

Attorneys for Defendant FORD MOTOR COMPANY

KEITH G. BREMER (SBN:  155920)
kbremer@bremerandwhyte.com
ALISON K. HURLEY (SBN:  234042)
ahurley@bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street, Second Floor
Newport Beach, California  92660
Telephone:  949-221-1000

ADAM J. LEVITT
levitt@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 111
Chicago, Illinois  60603
Telephone:  312-984-0000

THOMAS C. JONES
DAVIS BETHUNE & JONES LLC
1100 Main Street, Suite 2930
Kansas City, Missouri  64105
Telephone:  816-421-1600

Attorneys for Plaintiffs Vincent Perrone, Charles Johnson, James Denning, Zane Dery, Richard Douglas, Melia Douglas, Thomas Bell, and Michael Antramzarza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JO ANN GETTMAN, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 11 3133 SC<br><br>**STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND** |

| | |
|---|---|
| VINCENT PERRONE, CHARLES JOHNSON, JAMES DENNING, ZANE DERY, RICHARD DOUGLAS, MELIA DOUGLAS, THOMAS BELL, AND MICHAEL ANTRAMZARZA, on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive, ,<br><br>        Defendants. | Case No. CV 11 3832 SC |

WHEREAS the Parties had previously stipulated to extend the time to respond to the complaint in *Gettman v. Ford Motor Co.*, CV 11 3133 SC, and *Perrone v. Ford Motor Co.*, CV 11 3832 SC, to October 10, 2011.

WHEREAS the Parties submitted declarations on September 30 and October 3, 2011, identifying no other active related cases beyond those currently related before this Court.

WHEREAS on October 3, 2011, the *Gettman/Perrone* Plaintiffs filed their Motion to Renew their previous Motion to Consolidate and Appoint Interim Class Counsel.

IT IS HEREBY STIPULATED by and between the Parties, pursuant to L.R. 6-1(a), that defendant Ford Motor Company's time to answer or otherwise respond to the complaint in the above-captioned *Gettman* and *Perrone* matters shall be extended 14 days to October 24, 2011.

DATED: October 5, 2011  SHOOK, HARDY & BACON, L.L.P.

By: */s/ Amir Nassihi*
    AMIR NASSIHI

Attorneys for Defendant
FORD MOTOR COMPANY

DATED: October 5, 2011  WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

By: */s/Adam J. Levitt*
    ADAM J. LEVITT

and

KEITH G. BREMER
ALISON K. HURLEY
BREMER WHYTE BROWN &
O'MEARA LLP

THOMAS C. JONES
DAVIS BETHUNE & JONES LLC

Attorneys for Plaintiffs Vincent Perrone, Charles Johnson, James Denning, Zane Dery, Richard Douglas, Melia Douglas, Thomas Bell, and Michael Antramzarza

IT IS SO ORDERED.

DATED: __October 7__, 2011

_____
The Honorable Samuel Conti
United States District Judge

*[Stamp: IT IS SO ORDERED. Judge Samuel Conti. United States District Court, Northern District of California.]*

**SIGNATURE ATTESTATION**

I, Amir Nassihi, am the ECF User whose ID and password are being used to file this STIPULATED EXTENSION OF TIME TO PLEAD OF ORTHERWISE RESPOND. In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel has concurred in this filing.

DATED: October 5, 2011                    SHOOK, HARDY & BACON, L.L.P.

                                              By:   */s/ Amir Nassihi*
                                                     AMIR NASSIHI

                                              Attorneys for Defendant
                                              FORD MOTOR COMPANY